JUDGE PRESKA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------x

UNITED STATES OF AMERICA

- v. -

DELSIC REY, and
SHEBA EDWARDS,

              Defendants.

------------------X

INDICTMENT

07 CRIM 313

## COUNT ONE

The Grand Jury charges:

1. From in or about April 2006 up to and including September 29, 2006, in the Southern District of New York and elsewhere, DELSIC REY and SHEBA EDWARDS, the defendants, and others known and unknown, unlawfully, willfully, and knowingly did combine, conspire, confederate, and agree together and with each other to commit offenses against the United States.

2. It was a part and an object of the conspiracy that DELSIC REY and SHEBA EDWARDS, the defendants, and others known and unknown, unlawfully, willfully, and knowingly, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, for the purpose of executing such scheme and artifice and attempting so to do, would and did cause to be delivered by mail according to the direction

thereon, matters and things, in violation of Title 18, United States Code, Section 1341.

    3.    In furtherance of this conspiracy, and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

    a.    On or September 28, 2006, in New York County, NY, DELSIC REY, the defendant, requested that his employer, York, send three payments of $4,500 to SHEBA EDWARDS, the defendant.

    b.    On October 3, 2006, in Queens County, New York, SHEBA EDWARDS, the defendant, deposited a check payable by York for $4,500 into her own personal bank account.

(Title 18, United States Code, Section 1349).

_/s/ Grace Lamacchia-Paris_
FOREPERSON

_/s/ Michael J. Garcia_
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

DELSIC REY, and
SHEBA EDWARDS,

Defendants.

### INDICTMENT

06 Cr.

(18 U.S.C. § 1349.)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*
Foreperson.

April 13, 2007
Indictment filed (duplicate original) - orig. m2n
Case assigned to Judge Preska.
Freeman, USMJ