

## U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 17, 2007

**BY FAX**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/17/07
```

Re: <u>United States</u> v. Delsic Rey and Sheba Edwards,
07 Cr. 313 (LAP)

Dear Judge Preska:

      The Government writes to confirm that the <u>next pretrial conference in the above referenced case is scheduled for May 23, 2007 at 3:00 p.m.</u>

      The Government also requests that the Court exclude time from today until May 23, 2007 pursuant to the Speedy Trial Act. The Government submits that such exclusion is warranted pursuant to 18 U.S.C. § 8161(h)(8)(A). Specifically, the ends of justice outweigh the best interest of the public and the defendants in a speedy trial because the exclusion affords the defendants the opportunity to continue their review of discovery and to develop any motions or defenses. Alan Nelson, counsel for

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

May 17, 2007

The Honorable Loretta A. Preska
May 17, 2007
Page 2

Rey, and Bill Sanback, counsel for Edwards, have both consented to this request.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
William J. Harrington
Assistant U.S. Attorney
(212) 637-2331

cc by fax:  Alan M. Nelson, Esq.
            Attorney for Rey
            Fax (516) 328-6354

            Bill Sanback, Esq.
            Attorney for Edwards
            Fax (516) 741 9398