LAW OFFICES OF

## SANDBACK, BIRNBAUM & MICHELEN

DONALD H. BIRNBAUM*
WILLIAM A. SANDBACK**
OSCAR MICHELEN°

JOHN J. HALTON

* ALSO DISTRICT OF COLUMBIA BAR
** ALSO FLORIDA BAR
   ALSO NEW JERSEY BAR
° ALSO GEORGIA BAR
†† CALIFORNIA & IOWA BARS ONLY
‡‡ PENNSYLVANIA BAR

Established 1977

TWO PENN PLAZA
NEW YORK, N.Y. 10121
212-517-3200

200 OLD COUNTRY ROAD
MINEOLA, N.Y. 11501-4242
516-248-8000
www.lawoncall.com

MARK FONTE**
RAYMOND GAZZO††
WILLIAM F MCKENNEY'
A. STEVEN YOUNG
CHANG YUN'
OF COUNSEL

SUSAN J KUSCHEL
OFFICE MANAGER

FACSIMILE 516-741-9498

PLEASE RESPOND TO:
☒ MINEOLA
☐ NY

October 12, 2007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/07
```

Hon. Loretta A. Preska
U.S. District Court
500 Pearl Street
New York, NY 10007-1312

Re:   USA v. Sheba Edwards
      07CR313 (LAP)

Dear Judge Preska,

Ms. Edwards has requested me to petition the Court for permission to travel to San Juan, Puerto Rico on Oct. 18, 2007 and return Oct. 21, 2007. Her daughter, Loriann Georges is to be married during that time period.

Ms. Edwards will be staying at the Wyndham Sugar Bay Hotel (340-774-8500) and I have attached her travel itinerary herewith.

Ms. Edwards had advised her Pre-Trial supervisor, Ms. Santana about her request and there was no objection thereto, deferring to the Court for approval. Similarly, AUSA William Harrington also had no objection in view of Pre-Trial's position.

Therefore, I respectfully request that approval be granted for Ms. Edwards to travel consistent with the travel plans submitted herein.

*The travel set out above is approved.*

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

October 15, 2007

Yours Truly,
William A. Sandback

Via Fax
CC: AUSA William Harrington