LAW OFFICES OF
## SANDBACK, BIRNBAUM & MICHELEN

*Established 1977*

TWO PENN PLAZA
NEW YORK, N.Y 10121
212-517-3200

200 OLD COUNTRY ROAD
MINEOLA, N.Y 11501-4242
516-248-8000
www.lawofficall.com

DONALD H. BIRNBAUM*
WILLIAM A. SANDBACK*
OSCAR MICHELEN*

JOHN J. HATTON

*ALSO DISTRICT OF COLUMBIA BAR
**ALSO FLORIDA BAR
†ALSO NEW JERSEY BAR
‡ALSO GEORGIA BAR
°°CALIFORNIA & IOWA BARS ONLY
PENNSYLVANIA BAR

MARK FONTE**
RAYMOND GAZZO††
WILLIAM J. MCKENNEY*
A. STEVEN YOUNG
CHANG YUN°
OF COUNSEL

SUSAN J. KUSCHEL
OFFICE MANAGER

FACSIMILE - 516-741-9398

PLEASE RESPOND TO:
☒ MINEOLA
☐ NY

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 10/18/07]

October 12, 2007

Hon. Loretta A. Preska
U.S. District Court
500 Pearl Street
New York, NY 10007-1312
Attn: Eric Hochstadt

[Handwritten note: The travel plans outlined in Mr. Sandback's letter of October 12 are approved. SO ORDERED. /s/ Judge Preska 10-17-07]

Re:    USA v. Sheba Edwards
       07CR313 (LAP)

Dear Judge Preska,

Ms. Edwards has requested me to petition the Court for permission to travel to San Juan, Puerto Rico on Oct. 18, 2007 and connect to St. Thomas, Virgin Islands where she will return on Oct. 21, 2007. Her daughter, Loriann Georges is to be married during that time period.

Ms. Edwards will be staying at the Wyndham Sugar Bay Hotel (340-774-8500) and I have attached her travel itinerary herewith.

Ms. Edwards had advised her Pre-Trial supervisor, Ms. Santana about her request and there was no objection thereto, deferring to the Court for approval. Similarly, AUSA William Harrington also had no objection in view of Pre-Trial's position.

A previous application did not specify that St. Thomas was part of the travel plans although the itinerary submitted so indicated. Therefore, I respectfully request that approval be granted for Ms. Edwards to travel consistent with the travel plans submitted herein and that the Pre-Trial services release her passport for use for as indicated.

Yours Truly,

William A. Sandback

Via Fax
CC: AUSA William Harrington