LAW OFFICES OF
## SANDBACK, BIRNBAUM & MICHELEN

*Established 1977*

DONALD P. BIRNBAUM*
WILLIAM A. SANDBACK*
OSCAR MICHELEN*

JOHN V. DALTON

*ALSO DISTRICT OF COLUMBIA BAR
*ALSO FLORIDA BAR
*ALSO NEW JERSEY BAR
*ALSO GEORGIA BAR
**CALIFORNIA & IOWA BARS ONLY
  PENNSYLVANIA BAR

TWO PENN PLAZA
NEW YORK, N.Y. 10121
212-517-3200

200 OLD COUNTRY ROAD
MINEOLA, N.Y. 11501-4242
516-248-8000
www.lawoncall.com

MARK LONETT
RAYMOND GAZZO
WILLIAM J. MCKENNEY
A. STEVEN YOUNG
CHANG YUN
OF COUNSEL

SUSAN J. KUSCHEL
OFFICE MANAGER

FACSIMILE - 516-741-9398

PLEASE RESPOND TO:
☒ MINEOLA
☐ NY

October 29, 2007

Hon. Loretta Preska
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 11/2/07

Re:   USA v. Sheba Edwards
      07CR313

Dear Judge Preska,

The above matter is scheduled for sentencing on November 5, 2007. I have recently been advised that a psycho-social evaluation of Ms. Edwards prepared by a professional which was to be submitted in aid of sentencing to the Court is being delayed because the preparer is dealing with family illness. I wished to provide said report to the Court along with a sentence memorandum. I therefore would respectfully request a two week adjournment of the sentencing herein to Nov. 19, 2007 or any date thereafter convenient to the Court.

I have discussed this request with AUSA William Harrington and he has no objection to my request.

*Sentencing is adjourned to November 19, 2007 at 12:00pm.*

Yours Truly,

William A. Sandback

Via Fax and Mail
CC: AUSA William Harrington

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

November 1, 2007