LAW OFFICES OF
## SANDBACK, BIRNBAUM & MICHELEN

DONALD H. BIRNBAUM*
WILLIAM A. SANDBACK**
OSCAR MICHELEN*

JOHN J HALTON

*ALSO DISTRICT OF COLUMBIA BAR
**ALSO FLORIDA BAR
*ALSO NEW JERSEY BAR
†ALSO GEORGIA BAR
††CALIFORNIA & IOWA BARS ONLY
**PENNSYLVANIA BAR

Established 1977

TWO PENN PLAZA
NEW YORK, N.Y. 10121
212-517-3200

200 OLD COUNTRY ROAD
MINEOLA, N.Y. 11501-4242
516-248-8000
www.lawoncall.com

MARK FONTE*
RAYMOND GAZZO**
WILLIAM J. MCKENNEY*
A. STEVEN YOUNG
CHANG YUN*
OF COUNSEL

SUSAN J. KUSCHEL
OFFICE MANAGER

FACSIMILE  516-741-9398

PLEASE RESPOND TO:
☒ MINEOLA
☐ NY

December 18, 2007

Hon. Loretta A. Preska
U.S. District Court
500 Pearl Street
New York, NY 10007-1312

[STAMP: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 12/20/07]

Re:   USA v. Sheba Edwards
      07CR313 (LAP)

Dear Judge Preska,

The above matter is scheduled for sentencing on December 19, 2007 at 2:00 pm. My client, Ms. Edwards has been trying to marshall her assets and resources to make a proposal to the Probation Department concerning restitution. Since her most significant asset, her home, is owned jointly with relatives, it has not been feasible to get financial agreement to impose a further lien on the premises.       /at 9:00am

I expect that this will be forthcoming soon, but in the interim, I would respectfully request that the sentencing herein be adjourned until January 28, 2008 or any time thereafter convenient to the Court. I have consulted with Assistant U.S. Attorney William Harrington and he has no objection to my request.

Yours Truly,

SO ORDERED
*[signature: Loretta A. Preska]*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

*[signature]*
William A. Sandback

CC: AUSA William Harrington
Via Fax

December 19, 2007